# ORIGINAL

Approved: _Thomas John Wright_
THOMAS JOHN WRIGHT
Assistant United States Attorney

Before:   THE HONORABLE KEVIN N. FOX
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - x
                                    :   **FRCRP 5(c)(3) Affidavit**
                                    :
UNITED STATES OF AMERICA            :
                                    :   **19 MAG  9261**
          - v. -                    :
                                    :
SALEENA R. SOUMARE,                 :
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

LISA ALVAREZ, being duly sworn, deposes and says that she
is a Deputy United States Marshal with the United States
Marshals Service (the "USMS"), and charges as follows:

On or about August 21, 2019, "Saleena R. Soumare" was
charged by an information filed in the United States District
Court for the Eastern District of Virginia with one count of
unlawfully operating a motor vehicle while intoxicated, in
violation of Title 18, United States Code, Section 13,
assimilating Virginia Code, Sections 18.2-266(i), 18.2-270(A),
and 18.2-270(B)(1), 1950, as amended (the "Information").
Thereafter, on or about August 26, 2019, "Saleena R. Soumare"
failed to appear at an initial appearance on this charge before
the United States District Court for the Eastern District of
Virginia, located at the Albert V. Bryan United States
Courthouse, 401 Courthouse Square, Alexandria, VA 22314.
Finally, on or about August 26, 2019, the Honorable John F.
Anderson, United States Magistrate Judge for the United States
District Court for the Eastern District of Virginia, issued a
warrant for the arrest of a "Saleena R. Soumare," based on her
failure to appear (the "Arrest Warrant").

A copy of the Information and Arrest warrant together with
the current docket of the pending proceedings before the United

States District Court of the Eastern District of Virginia are attached as Exhibit A and incorporated by reference here.

On or about October 2, 2019, I participated in the arrest of SALEENA R. SOUMARE, the defendant, in the Southern District of New York. I believe that SALEENA R. SOUMARE, the defendant, is the same person as the "Saleena R. Soumare" who is wanted by the United States District Court for the Eastern District of Virginia.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Deputy United States Marshal with the USMS, and I have been personally involved in determining whether SALEENA R. SOUMARE, the defendant, is the same person as the "Saleena R. Soumare" named in the Arrest Warrant. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement officers and other individuals, as well as my examination of reports and other records. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported in this affidavit, they are reported in substance and in part, except where otherwise indicated.

2. Based on my review of documents from proceedings in the United States District Court for the Eastern District of Virginia, I know that, on or about August 26, 2019, the United States District Court for the Eastern District of Virginia issued the Arrest Warrant for "Saleena R. Soumare." The Arrest Warrant was issued based on the failure of "Saleena R. Soumare" to appear for an initial appearance on the Information.

3. On or about October 2, 2019 (i.e., today), at approximately 1:00 PM, I arrested SALEENA R. SOUMARE, the defendant, inside the offices of the USMS in the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, where she surrendered herself. At the time that I arrested SOUMARE, I did so because she stated that she was the "Saleena R. Soumare" named in the Arrest Warrant and presented to me a passport from the United States bearing that same name and a photograph of SOUMARE. Accordingly, I believe the "Saleena R. Soumare" sought in the Arrest Warrant is SOUMARE.

2

WHEREFORE, deponent respectfully requests that SALEENA R.
SOUMARE, the defendant, be imprisoned or bailed, as the case may
be.

LISA ALVAREZ
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
2nd day of October, 2019

THE HONORABLE KEVIN N. FOX
United States Magistrate Judge
Southern District of New York

3

**EXHIBIT A**

FILED

## IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF VIRGINIA

2019 AUG 21 A 10: 28

### ALEXANDRIA DIVISION

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-373 |
|  | ) | Misdemeanor |
| v. | ) |  |
|  | ) |  |
| SALEENA R. SOUMARE, | ) | Court Date: August 26, 2019 |
|  | ) |  |
| Defendant. | ) |  |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6676991)

### THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 21, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SALEENA R. SOUMARE, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.20 grams per 210 liters of breath after previously having been convicted within 5-years of VA Code § 18.2-266.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Sections 18.2-266(i), 18.2-270(A), and 18.2-270(B)(1), 1950, as amended)

(COUNT II – Class A Misdemeanor – 6676991)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 21, 2019, at Marine Corps Base, Quantico, Virginia within the special

maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, SALEENA R. SOUMARE, did unlawfully operate a motor vehicle while his license

and privilege to drive were suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-
301, 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _2_1_ day of August 2019 to the defendant's home of record.

By: _____

Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov

AO 442 (Rev. 01/09) Arrest Warrant

10962933

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

Saleena R. Soumare
*Defendant*

)
)
)
)
)

Case No.    1:19-MJ-373

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                Saleena R. Soumare                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☒ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The defendant failed to appear on August 26, 2019.

See Attached Criminal Information and Violation Notice.

Date:    August 26, 2019

City and state:        Alexandria, VA

/s/
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

John F. Anderson, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .

Date: _____        _____
*Arresting officer's signature*

_____
*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

# U.S. District Court
# Eastern District of Virginia - (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:19-mj-00373-JFA-1

Case title: USA v. Soumare

Date Filed: 08/21/2019

Assigned to: Magistrate Judge John F. Anderson

## Defendant (1)

**Saleena R. Soumare**

represented by **Saleena R. Soumare**
PRO SE

## Pending Counts

## Disposition

18:13 assim. VA Code 18.2-266(i) Driving While Intoxicated with BAC of .08% or more with Prior Offense within Five Year Period
(1)

18:13 assim. VA Code 46.2-301 Operating After Suspension
(2)

## Highest Offense Level (Opening)

Misdemeanor

## Terminated Counts

## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

## Disposition

None

## Plaintiff

**USA**

represented by **Garland W. Rowland**
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314

**NA**
703-299-3700
Email: garland.rowland@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2019 | 1 | INFORMATION as to Saleena R. Soumare (1) count(s) 1, 2. (cmar, ) (Entered: 08/21/2019) |
| 08/21/2019 | | Set Hearings as to Saleena R. Soumare: Initial Appearance set for 8/26/2019 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (cmar, ) (Entered: 08/21/2019) |
| 08/26/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Docket Call as to Saleena R. Soumare held on 8/26/2019. Matter came on for R5. Deft failed to appear. Warrant issued. (wgar, ) (Entered: 08/26/2019) |
| 08/26/2019 | 4 | Arrest Warrant Issued by Magistrate Judge John F. Anderson in case as to Saleena R. Soumare. (wgar, ) (Entered: 08/26/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/02/2019 15:33:11 | | | |
| **PACER Login:** | thomas.john.wright:5871503:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-mj-00373-JFA |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |